Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Evanston Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALASKA CAREER COLLEGE, INC., & )<br>SAMANTHA RUSSELL )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No. 3:14-cv-00222-JWS |

**STIPULATION TO DISMISS WITHOUT
PREJUDICE IN ACCORDANCE
WITH FRCP 41(a)(1)(A)(ii)**

  Comes now Plaintiff Evanston Insurance Company, by and through its counsel of record, Timothy M. Lynch of Hozubin, Moberly, Lynch & Associates, and defendant, Alaska Career College, Inc., by and through its counsel of record, Kim Dunn of Landye Bennett Blumstein, LLP and hereby stipulates and agrees that the above-referenced matter may be dismissed without prejudice in accordance with the Settlement Agreement which is attached hereto and marked as Exhibit A.

Stipulation to Dismiss Without Prejudice                   Page 1 of 2
*Evanston Insurance Co. v. AK Career College & Russell*        Case No. 3:14-cv-00222-JWS

Case 3:14-cv-00222-JWS    Document 15    Filed 04/14/15    Page 1 of 2

STIPULATED AND AGREED this __14th__ day of April, 2015.

        Hozubin, Moberly, Lynch & Associates
        Attorneys for Evanston Insurance Company

By: s/ Timothy M. Lynch
     Timothy M. Lynch
     Alaska Bar No. 7111030
     Hozubin, Moberly, Lynch & Associates
     711 M Street, Ste 2
     Anchorage, Alaska 99501
     (907) 276-5297 *telephone*
     tlynch@northlaw.com

STIPULATED AND AGREED this __14th__ day of April, 2015.

        Landye Bennett Blumstein, LLP
        Attorneys for Alaska Career College

By: s/ Kim Dunn
     Kim Dunn
     Alaska Bar No. 8511153
     701 West 8th Avenue, Suite 1200
     Anchorage, AK 99501
     (907) 276-552 *telephone*
     kimd@lbblawyers.com

Certificate of Service

I hereby certify that on the __14__ day of April, 2015
I caused a true and correct copy of the foregoing to
be served to the following via the following:

Linda Johnson                                      *Via U.S. Mail*
Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC    Attorneys for Russell
711 H Street, Ste 620
Anchorage, AK 99501

Kim Dunn                                                  *Via Electronic CM/EFC*
                                                                   Attorneys for Alaska Career College

  Vanessa Hope
Hozubin, Moberly, Lynch & Associates

Stipulation to Dismiss Without Prejudice                                     Page 2 of 2
*Evanston Insurance Co. v. AK Career College & Russell*     Case No. 3:14-cv-00222-JWS

Case 3:14-cv-00222-JWS    Document 15    Filed 04/14/15    Page 2 of 2